NEW-YORK, May, 1806.

The People
v.
Gaine.

† Jackson *ex dem. Youngs* v. *Vredenburgh,* ante. p. 159.

## The People *against* Gaine.

THIS was an action on a bond with a special condition, and breaches assigned, &c. The jury had assessed the damages to the full amount of the penalty. The question submitted to the court was, whether the plaintiffs were entitled to interest from the time of the verdict, to the day of taxing the costs.

*Woodworth,* attorney-general, for the people.

*Harison,* for the defendant.

*Per Curiam.* In all cases where the defendant applies to set aside a verdict, and thereby delays the plaintiff, interest is awarded. In this case, there has been no delay created by the defendant, and the verdict is for the full amount of the penalty. Interest ought not, therefore, to be allowed.

Rule refused.

Where damages are assessed by a jury to the full amount of the penalty of a bond; and judgment has not been delayed by the defendant, no interest is allowed. In all cases after *verdict* where proceedings are stayed, on application by the defendant interest is allowed, for the time judgment is delayed.